## UNITED STATES of America, Plaintiff–Appellee

v.

## Sergio MORALES–SANDOVAL, Defendant–Appellant.

### No. 04–51127.

United States Court of Appeals, Fifth Circuit.

Decided May 20, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to district court for resentencing is granted.

IT IS FURTHER ORDERED that Appellee's alternative motion to extend time to file Appellee's brief 14 days from the court's denial of Appellee's motion to vacate and remand is moot.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.